WILLARD E. HOOKWAY, Respondent, v. DENNIS E. LILLIS and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements, with leave to the defendants to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of ROBERT W. ASHLEY, Overseer of the Poor of the Town of Lyons, New York, Respondent, v. ARTHUR J. GREENAGLE, Appellant.— Order affirmed, with costs, as provided in section 873 of the Code of Criminal Procedure. All concur.

In the Matter of the Estate of JOHN DOMKOWSKI, Deceased. HORROCKS DESK COMPANY, Appellant; JAMES W. GRAVES, Administrator, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

ANTONIO MADONIA, Appellant, v. HOWARD SHERMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Final Accounting of JAMES H. McNAIR, as Surviving Committee of JANE McNAIR, an Incompetent Person.— Appeal dismissed, without costs, upon stipulation filed.

HUBERT S. SMITH, Appellant, v. CHARLES F. LILLEY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

A. WENTWORTH ERICKSON, Respondent, v. SILVANUS J. MACY, Appellant.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

MARTIN J. McGAHAN and Another, as Administrators, etc., of EVELYN McGAHAN, Deceased, Appellants, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WILLIAM C. CORNWELL, Appellant, v. THOMAS F. SANFORD, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN RAILROAD COMPANY and Others, Defendants.— The appeal taken by Henry S. Hastings, as receiver in person, from an order entered November 20, 1920, is hereby transferred to the Appellate Division, Second Department, in furtherance of justice, pursuant to the provisions of section 231 of the Code of Civil Procedure. Clark, J., not sitting.

In the Matter of the Application of RAYMOND W. CULROSS for a Determination as to the Construction, etc., of the Last Will and Testament of JOSEPH HALL, Deceased. WILLIAM T. HALL and Another, Appellants; RAYMOND W. CULROSS and Others, Respondents.— Decree affirmed, with costs. All concur.

JOHN F. LLOYD, Respondent, v. MARY P. JOHNSON, Appellant.— Judgment and order affirmed, with costs. All concur.

AUGUST BECKER, Appellant, v. WILLIAM McVAY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

FORTUNATO MASTRANGELO, as Administrator, etc., Appellant, v. ARTHUR L. DENISON, Respondent.— Judgment and order affirmed, with costs. All concur.